UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

IN RE:                              )
                                    )
Wysong & Miles Company,             )   Case No. 04-10005C-11G
                                    )
        Debtor.                     )
                                    )

## ORDER

In accordance with the memorandum opinion filed contemporaneously herewith, it is ORDERED, ADJUDGED AND DECREED as follows:

(1) Reedy Fork Investments, LLC is hereby allowed an unsecured nonpriority claim in the amount of $229,113.70; and

(2) All other amounts sought in the claims and application filed on behalf of Reedy Fork Investments, LLC are hereby disallowed.

This 6th day of September, 2011.

_____
WILLIAM L. STOCKS
United States Bankruptcy Judge

# PARTIES TO BE SERVE

Michael D. West
Bankruptcy Administrator
P.O. Box 1828

Greensboro, NC 27402

John A. Northen
P. O. Box 2208
Chapel Hill, NC 27514-2208

John H Small

Brooks Pierce McLendon

P O Box 26000

Greensboro, NC 27420-6000

George House, Esq.

P O Box 26000

Greensboro, NC 27420

Amos C Dawson C Dawson, Esq.

P O Box 1000

Raleigh, NC 27602

W. Wallace Finlator, Jr.
NC Attorney General's Office
P O Box 629

Raleigh, NC 27602